MORGAN, LEWIS & BOCKIUS LLP
Grace E. Speights, *admitted pro hac vice*
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
T: +1.202.739.3000
E: grace.speights@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Lisa M. Rodriguez, Bar No. 280125
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
T: +1.213.612.2500
E: lisa.rodriguez@morganlewis.com

Attorneys for Defendant

easleyLAW
Jeffrey D. Easley, Bar No. 149036
17875 Von Karman Ave., Suite 150
Irvine, CA 92614
T: +1.949.681.8127
E: jd@jdelaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BRUCE BRAINERD,<br><br>                Plaintiff,<br><br>     vs.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware corporation,<br><br>                Defendants. | Case No. 8:21-cv-00271-CJC (ADSx)<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: January 4, 2021 (Orange County Superior Court)<br>Trial Date: March 28, 2022<br><br><br>Judge: Hon. Carmac J. Carney<br>Courtroom: 9B |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff, Bruce Brainerd ("Plaintiff"), and Defendant Marriott International, Inc. ("Defendant"), through their respective counsel of record, hereby stipulate that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as to Defendant. This dismissal is pursuant to a settlement reached by Plaintiff and Defendant that resolves any and all claims between them, with both parties waiving their respective fees and costs. This dismissal is effective "without a court order." Fed. R. Civ. P. 41(a)(1)(A).

Dated: August 2, 2021                   easleyLAW

By: /s/ Jeffrey D. Easley
Jeffrey D. Easley
Attorneys for Plaintiff
BRUCE BRAINERD

Dated: August 2, 2021                   MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Lisa M. Rodriguez
Grace E. Speights
Lisa M. Rodriguez
Attorneys for Defendant
MARRIOTT INTERNATIONAL, INC.

**L.R. 5-4.3.4(a)(2)(i) Certification:**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of the document attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

DB1/ 123402256.1